Kerri Howland-Kruse (KHK 2871)
Attorney for Plaintiffs
Broadcast Music, Inc.
320 West 57th Street
New York, NY  10019
(212) 586-2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------X
                                  )
BROADCAST MUSIC, INC.;            )
FRANKIE BEVERLY, an individual    )
d/b/a AMAZEMENT MUSIC; MIRAN      )
PUBLISHING, INC.; SONY/ATV        )
SONGS, LLC; BERNARD EDWARDS       )
COMPANY LLC d/b/a BERNARD'S       )
OTHER MUSIC; MICHAEL JONES,       )
an individual d/b/a KASHIF        )
MUSIC; HIP CITY MUSIC, INC.;      )
HIRIAM HICKS and ELLIOT           )
STRAITE, a partnership d/b/a      )
HIFROST PUBLISHING; SONGS OF      )
UNIVERSAL, INC.; EMI BLACKWOOD    )
MUSIC, INC.; PLEASE GIMME MY      )
PUBLISHING INC.; UNICHAPPELL      )
MUSIC, INC.; SONGS OF             )
UNIVERSAL, INC.;                  )
                                  )
            Plaintiffs,           )
                                  )
      v.                          )
                                  )
229 RESTAURANT, INC.              )
d/b/a SHADOW NIGHTCLUB and        )
STEVEN JULIANO, individually,     )
                                  )
            Defendants.           )
                                  )
---------------------------------X

**JUDGE CROTTY**

07 CV NO.: 3507

**COMPLAINT**


RECEIVED MAY 02 2007 U.S.D.C. S.D.N.Y. CASHIERS

   Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4. The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Defendant 229 Restaurant, Inc. is a corporation organized and existing under the laws of the state of New York, which operates, maintains and controls an establishment known as Shadow Nightclub, located at 229 W 28th Street, New York, NY 10001, in

2

this district (the "Establishment").

6. In connection with the operation of this business, Defendant 229 Restaurant, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

7. Defendant 229 Restaurant, Inc. has a direct financial interest in the Establishment.

8. Defendant Steven Juliano is an officer of Defendant 229 Restaurant, Inc. with primary responsibility for the operation and management of that corporation and the Establishment.

9. Defendant Steven Juliano has the right and ability to supervise the activities of Defendant 229 Restaurant, Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

10. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 9.

11. Plaintiffs allege ten (10) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

12. Annexed as the Schedule and incorporated herein is a

list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the ten (10) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the radio station(s) where the infringement occurred.

13. Each of the musical compositions identified on the Schedule, Line 2, were created by the persons named on Line 3 (all references to Lines are lines on the Schedule).

14. On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

15. On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2. On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition

4

listed on Line 2.

16. On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed at the Establishment without a license or permission to do so. Thus, Defendants have committed copyright infringement.

17. The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) That Plaintiffs have such other and further relief as is just and equitable.

Dated: May 1, 2007

By: _____
Kerri Howland-Kruse, Esq. (KHK 2871)
Broadcast Music, Inc.
320 West 57th Street
New York, NY 10019

Tel (212)586-2000
Fax (212)397-0789

Attorney for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Before I Let Go |
| Line 3 | Writer(s) | Frankie Beverly |
| Line 4 | Publisher Plaintiff(s) | Frankie Beverly, an individual d/b/a Amazement Music |
| Line 5 | Date(s) of Registration | 6/19/81 |
| Line 6 | Registration No(s). | PA 106-672 |
| Line 7 | Date(s) of Infringement | 5/20/06    9/28/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Don't Stop a/k/a Don't Stop Till You Get Enough |
| Line 3 | Writer(s) | Michael Joe Jackson |
| Line 4 | Publisher Plaintiff(s) | Miran Publishing, Inc. |
| Line 5 | Date(s) of Registration | 6/18/79    8/11/80 |
| Line 6 | Registration No(s). | Pau 114-601  PAu 240-861 |
| Line 7 | Date(s) of Infringement | 5/20/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Good Times a/k/a Rappers' Delight |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Bernard Edwards Company LLC d/b/a Bernard's Other Music |
| Line 5 | Date(s) of Registration | 6/27/79    6/16/81 |
| Line 6 | Registration No(s). | PA 37-207    PA 108-303 |
| Line 7 | Date(s) of Infringement | 5/20/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | I Want Your Love |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Bernard Edwards Company LLC d/b/a Bernard's Other Music |
| Line 5 | Date(s) of Registration | 10/30/78    11/8/78 |
| Line 6 | Registration No(s). | PAu 58-489    PA 55-928 |
| Line 7 | Date(s) of Infringement | 5/20/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Joy And Pain |
| Line 3 | Writer(s) | Frankie Beverly |
| Line 4 | Publisher Plaintiff(s) | Frankie Beverly d/b/a Amazement Music |
| Line 5 | Date(s) of Registration | 7/28/80 |
| Line 6 | Registration No(s). | PA 94-426 |
| Line 7 | Date(s) of Infringement | 9/28/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | Love Come Down |
| Line 3 | Writer(s) | Michael Jones a/k/a Kashif |
| Line 4 | Publisher Plaintiff(s) | Michael Jones, an individual d/b/a Kashif Music; Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 3/3/83    3/1/83 |
| Line 6 | Registration No(s). | PA 168-032    PA 166-462 |
| Line 7 | Date(s) of Infringement | 5/20/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Poison |
| Line 3 | Writer(s) | Elliot T. Straite |
| Line 4 | Publisher Plaintiff(s) | Hip City Music Inc.; Hiriam Hicks and Elliot Straite, a partnership d/b/a Hifrost Publishing |
| Line 5 | Date(s) of Registration | 8/14/89    3/19/90<br>6/7/90 |
| Line 6 | Registration No(s). | PAu 1-264-846    PAu 1-410-225<br>PA 475-115 |
| Line 7 | Date(s) of Infringement | 3/18/06    5/19/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | We Are Family |
| Line 3 | Writer(s) | Nile Rodgers; Bernard Edwards |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; Bernard Edwards Company LLC d/b/a Bernard's Other Music |
| Line 5 | Date(s) of Registration | 1/10/79    6/17/81 |
| Line 6 | Registration No(s). | PAu 76-307    PA 106-660 |
| Line 7 | Date(s) of Infringement | 5/20/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Goldigger a/k/a Gold Digger |
| Line 3 | Writer(s) | Kanye Omari West; Ray Charles; Renalds Richard |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Please Gimme My Publishing Inc.; Unichappell Music, Inc. |
| Line 5 | Date(s) of Registration | 9/21/05 |
| Line 6 | Registration No(s). | PA 1-162-405 |
| Line 7 | Date(s) of Infringement | 5/18/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Children's Story |
| Line 3 | Writer(s) | Ricky Walters |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc. |
| Line 5 | Date(s) of Registration | 12/26/89 |
| Line 6 | Registration No(s). | PA 449-656 |
| Line 7 | Date(s) of Infringement | 5/19/06 |
| Line 8 | Place of Infringement | Shadow Nightclub |