UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BROADCAST MUSIC, INC. et al.,        :
                                     :   CIVIL NO.: 07 CV 3507
            Plaintiffs,              :
                                     :   RULE 7.1 CERTIFICATION
    -against-                        :
                                     :
229 RESTAURANT, INC.                 :
d/b/a SHADOW NIGHTCLUB and           :
STEVEN JULIANO, individually,        :
                                     :
            Defendants.              :
------------------------------------X



JUDGE CROTTY

RECEIVED MAY 02 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiffs certify that, except as otherwise disclosed on the attached list, Plaintiffs have no parents, subsidiaries or affiliates or securities or other interests which are publicly held.

| | |
|---|---|
| EMI Blackwood Music, Inc. | Screen Gems-EMI Music Inc. (100% Stockholder) |
| Songs of Universal, Inc. | Vivendi Universal Entertainment LLP (100% Stockholder) |

Sony/ATV Songs LLC          Sony Corporation of America
                            (100% Stockholder)


Dated:  New York, New York
        May 1, 2007

                            BROADCAST MUSIC, INC.

                            By: _____
                            Kerri Howland-Kruse (KHK 2781)
                            320 West 57th Street
                            New York, NY 10019
                            (212) 586-2000