United States District Court

---

Broadcast Music, Inc., et al.

                                        Plaintiff,

-against-                                              **AFFIDAVIT OF SERVICE**
                                                                             Case # 07 CV 3507

229 Restaurant, Inc., d/b/a Shadow
Nightclub and Steven Juliano,
individually                                  Defendants.

---

CITY OF ALBANY SS:
STATE OF NEW YORK

Denise L. Dooley, being duly sworn says: Deponent is over the age of eighteen years and is a resident of New York State, that: Deponent served the following specific papers in the above entitled action: Summons, Complaint, Rule 7.1 Statement, Civil Cover Sheet, Individual Practices of Judge Paul A. Crotty, Individual Practices of Magistrate Michael H. Dolinger, Procedures for Electronic Case Filing, Press Release dated June 1, 2004, Standing Order and 3rd Amended Instructions for Filing, under Section 306 of the Business Corporation Law. The corporation which was served was: **229 RESTAURANT, INC.**

That on the 22nd day of May, 2007 at approx. 9:30 a.m., at the office of Department of State of New York, in the City of Albany, two (2) copies of the aforesaid papers were served by personally delivering to and leaving with Carol Vogt known to me to be in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid to the Secretary of State the fee prescribed by Law in the amount of $40.00.

Description of Carol Vogt - Senior Corporation Search Clerk
white female, approx. 50 yrs., 5'2", 120 lbs., brown hair

                                                                        Denise L. Dooley

Sworn to before me
this 22nd day of May 2007.

---

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

```
                   State of New York - Department of State
                              Receipt for Service


Receipt #:  200705220291                          Cash #: 200705220244
Date of Service:  05/22/2007                      Fee Paid: $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  229 RESTAURANT, INC.



Plaintiff/Petitioner:
          BROADCAST MUSIC, INC.



Service of Process Address:
C/O CHARLES B. LINN
141 SOUTH CENTRAL AVE.
HARTSDALE,  NY 10530

                                                  Secretary of State
                                                  By   CAROL VOGT
```