**United States District Court**
**Southern District of New York**

---

Broadcast Music, Inc. et al. ) Case No.: 07 CV 3507
)
)
Plaintiff ) **AFFIDAVIT OF SERVICE**
v. )
299 Restaurant, Inc. et al. )
)
)
Defendants )

---

STATE OF NEW YORK: COUNTY OF NEW YORK   ss:

I, MARVIN COHEN, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on JUNE 07, 2007 at 8:47 AM at 425 MONTEREY AVE, PELHAM, NY 10803, deponent served the within SUMMONS IN A CIVIL CASE, COMPLAINT and JUDGES RULES on STEVEN JULIANO therein named (the intended recipient).

**SUITABLE AGE PERSON**: By delivering a true copy of each to NICOLE JULIANO, the DAUGHTER of STEVEN JULIANO, a person of suitable age and discretion. Said premises is intended recipient's residence within the state.

On 6/8/2007 deponent also enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" properly addressed to the above intended recipient at 425 MONTEREY AVE, PELHAM, NY 10803 and deposited said wrapper in a official depository under exclusive care and custody of the United States Postal Service within NEW YORK State.

**DESCRIPTION**: Deponent further states that the description of the person actually served is as follows:
Gender: Female   Race/Skin: White   Hair: Black   Glasses: No   Approx. Age: 25   Height: 5'2"   Weight: 110

**COMMENTS**: Recipient represented to me that she is authorized to accept service of process on behalf of Steven Juliano.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Marvin Cohen, Lic. #0867318
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 6/13/07

Subscribed and sworn to before me, a notary public, on this ___13___ day of __June__, 2007.
Notary Public                My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified In New York County
Commission Expires March 28, 2009