UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 4 2007
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BROADCAST MUSIC, INC., et al,

    Plaintiffs,                CIV ACTION NO.: 07-CV-3507

        v.

229 RESTAURANT, INC.
d/b/a SHADOW NIGHTCLUB and
STEVEN JULIANO, individually,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION + Order

    The undersigned attorneys for the respective parties do hereby stipulate that the within

action be dismissed, each party to pay their costs, subject to being reopened for the filing of a

Consent Judgment in the event that Defendants do not comply with the terms and conditions of the

settlement agreement between Plaintiffs and Defendants.

BROADCAST MUSIC, INC. for itself and
its co-Plaintiffs

Dated: 9/14/07, 2007    By: _____

                        Kerri Howland-Kruse (KHK2871)
                        BMI
                        320 West 57th Street
                        New York, NY 10019
                        (212) 830-2571
                        Attorney for Plaintiffs

Dated: SEPTEMBER 14, 2007    229 RESTAURANT, INC.
                        d/b/a SHADOW NIGHTCLUB and
                        STEVEN JULIANO

                        By: _____
                        Charles Linn, Esq. (CBL5331)
                        901 North Broadway, Suite 22
                        North White Plains, NY 10603
                        914 949 4200

SO ORDERED:    SEP 1 4 2007

_____

HON. PAUL A. CROTTY               Attorney for Defendants
UNITED STATES DISTRICT JUDGE